Eastern District of Kentucky
FILED

JUN 0 1 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

**UNITED STATES OF AMERICA**

**V.**

**MARK COULTER**

**INFORMATION NO.** _____

**18 U.S.C. § 2422(b)**

\*   \*   \*   \*   \*

**THE UNITED STATES CHARGES:**

From on or about January 2025 and continuing until June 2025, in Mercer County, in the Eastern District of Kentucky, and elsewhere,

**MARK COULTER,**

using a facility or means of interstate or foreign commerce, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, that is, Rape in the 3rd Degree under Kentucky Revised Statutes § 510.060; Sodomy in the 3rd Degree under Kentucky Revised Statutes § 510.090; and Use of a Minor in a Sexual Performance under Kentucky Revised Statutes § 531.310, in violation of 18 U.S.C. § 2422(b).

**JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

Imprisonment for not less than 10 years nor more than life, a fine of not more than $250,000, and supervised release for not less than 5 years nor more than life.

**PLUS:**          Mandatory special assessment of $100.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 117.

**PLUS:**          Restitution, if applicable.