**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:26-cr-62-KKC-MAS-1** |
| Plaintiff, | |
| v. | **ORDER** |
| **MARK COULTER,** | |
| Defendant. | |

*** *** ***

This matter was referred to Magistrate Judge Matthew Stinnett for the purpose of conducting rearraignment proceedings for the above defendant. After conducting those proceedings, Judge Stinnett filed a recommendation (R. 11) that the Court accept the defendant's guilty plea and that the defendant be adjudged guilty of the sole count in the Information. (R. 5, Information.) No objections have been filed and, having reviewed the record, the Court finds that Judge Stinnett satisfied all requirements of the Federal Rules of Criminal Procedure and the United States Constitution.  Accordingly, the Court hereby ORDERS as follows:

1) The Court ADOPTS the recommendation (R. 11) and ACCEPTS the defendant's guilty plea; and

2) The defendant is ADJUDGED GUILTY of the sole count in the Information.

This 10th day of June, 2026.



Signed By:

*Karen K. Caldwell*

**United States District Judge**