Your honor

Thank you for giving me the opportunity to write a letter on my behalf. First, I would like to say how sorry I am to my victim. I cannot begin to imagine how hard this has been for her and her family.

Secondly, this has affected my wife and children in such a strong way. My wife has stood by my side through all of this and I am in contact with my kids multiple times a day. My kids miss me every single day. They miss their father. I know how hard this has been on Carson, Keeping it all together for her and the kids. I would like to support Carson both emotionally and Financially.

I know my actions are the reason for me being in custody and I take full responsibility for my crime. I plead with you to show compassion for not only me but also for my wife and children during your decision for sentencing. I have an incredible support system at home and it would mean the world to me to get back to my Family and help my wife raise our children.

With a mandatory minimum of time served and a lifetime of supervised release, I would still be under the watchful eye of the probation officer. But at the same time be able to be with my Family.

I know you do not have to give me the minimum and I will respect whatever you deem fitting for my sentencing. I have been able to maintain jobs on the outside since I was 15 years old. Along with the new trades I will be learning while in BOP custody, getting a job once I get released will not be a hard task.

I would like to thank you for taking the time to read my letter and for taking my requests into consideration.

Mark Coulter #242834
Grayson County Detention Center
320 Shaw Station Road
Leitchfield, KY 42754

LOUISVILLE KY 400
26 AUG 2026 PM 1 L

Freedom 250




Eric Eaton
201 E. Main Street Suite 800
Lexington, KY 40507

GRAYSON COUNTY DETENTION CENTER

40507-201000