08/14/2026

Carson Coulter
1112 Angela Rd
Big Spring, TX 79720
859-325-0150
mc.coulter48@gmail.com

Dear Judge Caldwell,

I am writing to provide a character letter for my husband Mark Coulter. I first met Mark in fourth grade where we had the same homeroom teacher in Mercer County, Kentucky. We both moved across the country for college, he went to California and I went to Texas and later Arkansas. We met again after we returned home from college. We have been together since 2013 and were married in 2017. We have two beautiful children, a six-year-old boy and a three-year-old girl. The amount of love and grace our friends and family have shown is more than I could ever have asked for. In no way do I accept or condone the decisions my husband made. Mark is an incredible father. Growing up he didn't have the best family life, and his dad wasn't a good person. Mark shows up for every one of our children's events because he knows how important it is. Our son knows a dad who takes him fishing and hunting and encourages him in ways only a father can. Our daughter is a daddy's girl through and through. I believe generational trauma is real and my husband was no exception to his family tree. He moved away from home to get away and raise his family differently; he graduated college and had become successful in the oil field. He is dependable and everyone knows he will drop what he's doing to help anyone at any given moment. I can't fathom why he made the decisions he made to land him in this situation. I don't know if I will ever know why he did what he did. It stops here, I believe this experience is changing Mark from the inside out and our children will never experience or make the poor decisions their family members have made in the past. He plans to get counseling and take whatever steps necessary to work through this.

I pray that you will take our family into consideration when making your decision. Thank you for your time.

Sincerely,

Carson Coulter

Scanned with CamScanner