Dear Judge Caldwell,

My name is Russell Kreider. I am the father of Carson Coulter. The grandfather of Hudson and Hadley Coulter. I am the father in law of Mark Coulter. I am retired from the Lexington Fayette County Health Department and I am presently employed at Burkmann nutrition in Danville Kentucky. I have been the director of the Triple Cross Cowboy Church in Danville for 12 years. I am also a Chaplin for Cowboys for Christ Association. I have known Mark for 13 years.

I understand the seriousness of the charges Mark as pled guilty too. I do not know all the specifics, but I do understand the severity.

When Triple Cross Cowboy Church was being formed, we had a cowboy carnival to raise funds. Mark volunteered to dress up as a rodeo clown and entertain the crowd. He kept the crowd entertained and we received enough donations to buy the panels for the arena. I have watched Mark and Carson raise my grandkids for the last 6 years. I have watched him take the kids fishing, hunting, and just playing. I have witnessed conflict where the kids were testing the limits of mom and dad and I have never been disappointed with how the conflicts have been resolved. I have been able to watch Mark and the family participate in their church's Christmas production over the last several years. Mark has never turned anyone down that needed help and has never failed to work or provide for his family.

Your Honor, I understand the mistakes and poor judgement on Mark's part, have put him in this situation. If I could ask you to consider the good qualities about Mark, when making your decision.

Thank you, Judge Caldwell, for your time and consideration.

Sincerely,

Russell S. Kreider
859-319-9304
russellkreider2015@gmail.com

Scanned with CamScanner

To: The Honorable Karen K. Caldwell,

I'm writing regarding the incarceration of 5:25-CR-149, Mark Coulter IA/ARR.

Mark is a wonderful young man in our Methodist Church, I've served on Committees with him and his precious wife, Carson. He has protrayed, Jesus, in our Christmas pagent. He is an awesome husband and father. He has worked in our Nursery. His Children, Hadley and Hudson, adore and miss their dad. They Come to my house for Women's Bible Study, pile up on my bed and eat Oreos. He is such an asset to our Community. We miss him terribly. He is always there to help out in any Circumstace. I'm an Older senior citizen. He has always been there to help me out. The family has been there for Others, hunting, fishing and freezing food to share. Mark is an awesome dad and husband. We all miss him. I'll stand with him in any situation.

We Need Mark Back

Sincerelly,

Beverly Logsdon
2601 E. 24th
Big Spring, TX 79720
(940) 704-7042

bevandbud@yahoo.com

Scanned with CamScanner